UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:13-00080 |
| | ) JUDGE CAMPBELL |
| ANTWOINE TANELL JOBE | ) |

ORDER

Pending before the Court is a Joint Motion to Continue Status Conference (Docket No. 15).

The status conference scheduled for October 10, 2013 at 10:30 a.m. is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE